UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 11-04824 |
|---|---|
| TJ R LEE | |
| COURTNEY LEE | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/08/2011.

2) The plan was confirmed on 07/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/07/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/28/2011.

5) The case was converted on 06/18/2013.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,700.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,820.44 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $16,820.44

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $717.73 |
| Other | $140.94 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,858.67

Attorney fees paid and disclosed by debtor:       $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ARROW FINANCIAL SERVICES LLC | Unsecured | 1,301.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 2,398.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 4,805.00 | 5,167.51 | 5,222.51 | 25.47 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 4,745.00 | 4,800.00 | 4,745.00 | 2,870.59 | 234.11 |
| CAPITAL ONE BANK USA | Unsecured | 2,091.00 | 734.83 | 734.83 | 0.00 | 0.00 |
| CB USA INC | Unsecured | 210.00 | 210.00 | 210.00 | 0.00 | 0.00 |
| CENTURION CAPITAL | Unsecured | 1,132.00 | NA | NA | 0.00 | 0.00 |
| CENTURION CAPITAL | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| CENTURION CAPITAL | Unsecured | 3,229.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 22,205.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 113.64 | 227.28 | 227.28 | 0.00 | 0.00 |
| CRESCENT RECOVERY LLC | Unsecured | NA | 811.62 | 811.62 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 2,267.00 | 2,267.26 | 2,267.26 | 0.00 | 0.00 |
| DEPT OF EDUCATION | Unsecured | 5,666.00 | 17,087.96 | 17,087.96 | 83.33 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 430.00 | 530.44 | 530.44 | 0.00 | 0.00 |
| ECMC | Unsecured | 8,200.00 | 5,457.80 | 5,457.80 | 26.62 | 0.00 |
| FORD CREDIT | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| GLENWOOD LYNWOOD LIBRARY | Unsecured | 63.10 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES EDUCATIONAL LN SV | Unsecured | 11,134.00 | 15,922.97 | 15,922.97 | 77.65 | 0.00 |
| HSBC | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INDUSTRIAL ACCEPTANCE | Unsecured | 1,077.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | NA | 30,579.80 | 30,579.80 | 149.13 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 530.00 | 1,779.57 | 1,779.57 | 0.00 | 0.00 |
| LANE BRYANT | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 954.02 | 954.02 | 0.00 | 0.00 |
| MBNA | Unsecured | 5,745.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| MELANIE FITNESS CENTER | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 3,281.00 | NA | NA | 0.00 | 0.00 |
| MONOGRAM BANK | Unsecured | 738.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MUTL H CLCTN | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACTION FINANCIAL | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK FSB | Unsecured | 38,777.00 | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK FSB | Unsecured | 40,166.00 | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK FSB | Secured | 118,000.00 | 151,128.32 | NA | 0.00 | 0.00 |
| ONEWEST BANK FSB | Secured | 40,166.00 | 41,075.75 | NA | 0.00 | 0.00 |
| ONEWEST BANK FSB | Secured | 0.00 | 13,686.83 | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | NA | 4,394.05 | 4,394.05 | 21.43 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | NA | 926.11 | 926.11 | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | NA | 696.61 | 696.61 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 602.00 | 642.03 | 642.03 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 8,543.00 | 8,559.45 | 8,559.45 | 41.74 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 2,263.80 | 2,263.80 | 0.00 | 0.00 |
| RODALE BOOKS | Unsecured | 50.44 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 11,825.00 | 14,513.05 | 14,260.00 | 8,626.81 | 703.50 |
| SANTANDER CONSUMER USA | Unsecured | 2,435.00 | 0.00 | 253.05 | 0.00 | 0.00 |
| SLC CONDUIT | Unsecured | 2,878.00 | NA | NA | 0.00 | 0.00 |
| SLC CONDUIT | Unsecured | 2,563.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 15,653.00 | 20,791.23 | 20,791.23 | 101.39 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 13,668.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 15,653.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWK NATL BI | Unsecured | 576.00 | 576.76 | 576.76 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWK NATL BI | Unsecured | 264.00 | 264.90 | 264.90 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWK NATL BI | Unsecured | 288.00 | 288.91 | 288.91 | 0.00 | 0.00 |
| WYNDHAM VACATION OWNERSHIP | Unsecured | 8,250.00 | 150.33 | 150.33 | 0.00 | 0.00 |
| WYNDHAM VACATION RESORTS | Secured | 2,500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,005.00 | $11,497.40 | $937.61 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,005.00** | **$11,497.40** | **$937.61** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$121,893.29** | **$526.76** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,858.67 |
| Disbursements to Creditors | $12,961.77 |
| **TOTAL DISBURSEMENTS** : | **$16,820.44** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/18/2013                              By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**